**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
JOHNNY ROBINSON

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ROBINSON, | ) Case No. 3:17-cv-01007-W-BLM |
| | ) |
| Plaintiff, | ) **MOTION FOR VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| | ) **[Fed. R. Civ. P. 41(a)(1)(A)(i)]** |
| SWIFTFUNDS FINANCIAL SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

///

///

///

---

**MOTION FOR DISMISSAL**
-1-

|   |   |
|---|---|
| 1 | Plaintiff JOHNNY ROBINSON ("Plaintiff"), by and through the |
| 2 | undersigned counsel, and pursuant to Federal Rule of Civil Procedure |
| 3 | 41(a)(1)(A)(i), hereby respectfully moves that this entire action be dismissed in its |
| 4 | entirety and with prejudice.  A proposed order will be submitted concurrently per |
| 5 | this Honorable's Court orders. |

Date: August 9, 2017                                    **MARTIN & BONTRAGER, APC**

By:*/s/ Nicholas J. Bontrager*
Nicholas J. Bontrager
Attorneys for Plaintiff

---

**MOTION FOR DISMISSAL**
-2-